COMMONWEALTH of Pennsylvania, Respondent

v.

Robert Floyd MCCLUSKEY, Petitioner

No. 485 WAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Victor A. GARDNER, Petitioner

No. 494 WAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

Monty Clair CHAPMAN, Trustee of the Monty Clair Chapman Trust Agreement Dated August 17, 2000, and Connie A. Chapman, Petitioners

v.

CHEVRON APPALACHIA, LLC, Respondent

No. 467 WAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.